**Mark LARRY, Plaintiff–Appellant,**

**v.**

**P. BYNO, Lieutenant at Franklin Corrections Facility, James Anctil, Corrections Officer at Franklin Correctional Facility, Roy A. Girdich, Superintendent of Franklin Correctional Facility, and Glenn S. Goord, Commissioner of the Department of Correctional Services, Defendants–Appellees.**

Docket No. 03–0095.

United States Court of Appeals, Second Circuit.

March 4, 2005.

Mark Larry, Dannemora, NY, for Appellant pro se.

Martin A. Hotvet, Assistant Solicitor General, Office of the Attorney General, State of New York (Eliot Spitzer, Attorney General, and Andrea Oser, Assistant Solicitor General, on the brief) (on submission), for Appellee.

PRESENT: JACOBS, CALABRESI, and POOLER, Circuit Judges.

*SUMMARY ORDER*

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment of the district court be VACATED and this case be REMANDED for reconsideration in light of *Hemphill v. New York*, 380 F.3d 680 (2d Cir.2004).